UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| REBEKAH GRAHAM, | : | |
| :--- | :--- | :--- |
| Plaintiff | : | |
| v. | : | No. 5:16-cv-03676 |
| HENDRIX-ISA, LLC; HENDRIX GENETICS, | : | |
| Defendants | : | |

_____

# **O R D E R**

And now, this 13th day of June, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment, ECF No. 33, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    (a) Defendants' motion for summary judgment on Graham's claims of sex-based discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act is **GRANTED**.

    (b) Defendants' motion to dismiss all claims against Hendrix Genetics is **GRANTED**. The Clerk of Court shall terminate Hendrix Genetics as a party to this case.

    (c) Summary judgment is **GRANTED** in favor of Hendrix Genetics LLC.

    (d) In all other respects, Defendants' Motion is **DENIED**.

2. Plaintiff's claims under the Fair Labor Standards Act, The Minimum Wage Act of 1968, and the Wage Payment and Collection Law, and her claim for restitution under Pennsylvania common law, are **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge